IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:20-CV-513-GCM-DCK

| | |
|---|---|
| ERIN BALTHASAR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| UNUM LIFE INSURANCE COMPANY ) | |
| OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Joint Motion To Stay Pending A Decision From The Social Security Administration" (Document No. 11) filed March 26, 2021. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and in consultation with Judge Mullen's chambers, the undersigned will grant the motion.

The parties report that Ms. Balthasar is scheduled for have a hearing on her claim for Social Security Disability Income on April 6, 2021, and that the Social Security Administration's decision "could substantially impact the amount of benefits potentially at issue in this case." (Document No. 11, p. 1).

**IT IS, THEREFORE, ORDERED** that the parties' "Joint Motion To Stay Pending A Decision From The Social Security Administration" (Document No. 11) is **GRANTED**. This matter is **STAYED**.

**IT IS FURTHER ORDERED** that the parties shall file a Joint Status Report within ten (10) days of a decision by the Social Security Administration on Erin Balthasar's claim for benefits.

**SO ORDERED**.

Signed: March 26, 2021

David C. Keesler
United States Magistrate Judge