# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:20-CV-513-GCM-DCK

| | |
|---|---|
| **ERIN BALTHASAR,** | )<br>) |
| **Plaintiff,** | )<br>) |
| v. | ) **ORDER**<br>) |
| **UNUM LIFE INSURANCE COMPANY OF AMERICA,** | )<br>)<br>) |
| **Defendant.** | )<br>)<br>) |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Joint Status Report" (Document No. 15) filed October 27, 2021, and scheduling concerns. This action has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate.

The parties' recent "Joint Status Report" proposes that the Court extend the current stay of this case until the parties hold a second mediation on November 22, 2021. (Document No. 15). The undersigned finds good cause to allow the suggested extension of the stay; however, further extension of this stay is unlikely to be allowed.

**IT IS, THEREFORE, ORDERED** that the **STAY** of this case is extended through **November 22, 2021**.

**IT IS FURTHER ORDERED** that the parties shall file a Notice Of Settlement or a Status Report that includes proposed revisions to the case deadlines, on or before **November 24, 2021**.

**SO ORDERED**.

Signed: October 28, 2021

David C. Keesler
United States Magistrate Judge